**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **KIMALETHA WYNN,** *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | **CIVIL ACTION NO. 4:18-CV-4848** |
| § | |
| **HARRIS COUNTY, TEXAS,** *et al*, § | |
| § | |
| Defendants. § | |

# ORDER

Plaintiffs Kimaletha Wynn, Jeanique McGinnis, Valene Hoskins, and Christina Bluefield Picket brought this suit against Leesa Brown, Harris County, Sheriff Ed Gonzalez, Patricio Lau, and Abraham Romero. Plaintiffs served Defendant Romero in 2019. ECF No. 30. Since then, Plaintiffs have not attempted to prosecute claims against Defendant Romero. Accordingly, the Court finds that Plaintiffs' claims against Defendant Romero should be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 13th day of September, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE