United States District Court
Southern District of Texas
**ENTERED**
September 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KIMALETHA WYNN**, *et al*, | § |
| | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 4:18-CV-4848 |
| | § |
| **HARRIS COUNTY, TEXAS**, *et al*, | § |
| | § |
| Defendants. | § |

# FINAL JUDGMENT

Plaintiffs Kimaletha Wynn, Jeanique McGinnis, Valene Hoskins, and Christina Bluefield Picket brought this suit against Leesa Brown, Harris County, Sheriff Ed Gonzalez, Patricio Lau, and Abraham Romero. On July 8, 2021, the Court granted Defendant Brown's Motion to Dismiss. On August 11, 2023, following a hearing, the Court granted Defendants Harris County, Gonzalez, and Lau's Motions for Summary Judgment (ECF Nos. 189, 190, 194). On September 13th, 2023, the Court issued an Order dismissing Plaintiffs' claims against Romero for failure to prosecute.

Accordingly, pursuant to Federal Rule of Civil Procedure 58(a), and for reasons set forth at the hearings, final judgment is hereby **ENTERED** for Defendants. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 13th of September, 2023.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE