IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIMALETHA WYNN; *et al.*, | )( | Civil Action No. 4:18-cv-4848 |
| | )( | (Jury Trial) |
| *Plaintiffs,* | )( | |
| | )( | |
| V. | )( | |
| | )( | |
| HARRIS COUNTY, TEXAS; *et al.*, | )( | |
| | )( | |
| *Defendants.* | )( | |

## NOTICE OF APPEAL

**TO THE HONORABLE KEITH P. ELLISON:**

**NOW COMES ALL PLAINTIFFS** and file this notice of appeal to the United States Fifth Circuit Court of Appeals from the United States District Court for the Southern District of Texas, Houston Division, appealing judgments and orders including:

1). The FINAL JUDGMENT entered September 14, 2023, and .

2.) The ORDER entered September 13, 2023;

3.) The Minute Entry of August 11, 2023, granting summary judgment motions (Doc. 189, 190, and 194); and

4.) all other orders in the case, if any, including those denied by mooting at final judgment.

The FINAL JUDGEMENT and referenced orders and rulings above disposed

of all claims and constituted a final judgment making all orders and rulings subject to appeal.

Respectfully submitted,

*/s/ Randall L. Kallinen*
Randall L. Kallinen TBN: 00790995
attorneykallinen@aol.com

KALLINEN LAW PLLC
511 Broadway Street
Houston, Texas 77012
(713) 320-3785
Lead attorney for Kimaletha Wynn and Jeanique McGinnis a/n/f of K.Y., R.Y. and M.Y., minors

*/s/ Joe Melugin* Joseph C. ("Joe") Melugin Federal Id. 876851
State Bar No. 24054038
joe@meluginlaw.com

MELUGIN LAW FIRM, PLLC
112 E. 4th Street Houston, Texas 77007
(713) 299-7506
Lead Attorney for Intervenor-Plaintiff Vincent Laday

*/s/ U.A. Lewis*
U.A. Lewis
Federal Bar No. 1645666 SBN 24076511

THE LEWIS LAW GROUP, PLLC
P.O. Box 27353
Houston, TX 77227
Lead Attorney for Intervenor-Plaintiffs

>Phyllis Smith a/n/f of
>C.Y. and Christina Bluefield Pickett a/n/f of
>C.Y. and Sharonda Donatto a/n/f of P.Y.,
>and Reshan George a/n/f of M.Y.

## **CERTIFICATE OF SERVICE**

I certify that on October 13, 2023, a true and correct copy of the foregoing pleading was delivered in accordance with the Federal Rules of Civil Procedure to all ECF notice attorneys of record.

>*/s/ Randall L. Kallinen*
>Randall L. Kallinen