# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*September 06, 2024*
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
August 15, 2024
Lyle W. Cayce
Clerk

No. 23-20502

KIMALETHA WYNN; JEANIQUE MCGINNIS, *as next friend of* K.Y., R.Y., and M.Y., *minors*; VALENE HOSKINS, *as next friend of* M.Y.; CHRISTINA BLUEFIELD PICKETT, *as next friend of* C.Y.,

*Plaintiffs—Appellants*,

VINCENT LEDAY; MELANIE YOUNG, *as Representative of* THE ESTATE OF GWENETTA YOUNG; SHARONDA DONATTO, *as next friend* P. Y.; RESHAN GEORGE, *as next friend* M. Y.; PHYLLIS SMITH, *as next friend* C. Y.,

*Intervenor Plaintiffs—Appellants*,

versus

HARRIS COUNTY, TEXAS; SHERIFF ED GONZALEZ; PATRICIO LAU; ABRAHAM ROMERO; LEESA BROWN,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-4848

No. 23-20502

Before KING, STEWART, and HIGGINSON, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



Certified as a true copy and issued
as the mandate on Sep 06, 2024

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 06, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 23-20502    Wynn v. Harris County
                             USDC No. 4:18-CV-4848

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Christina Rachal*
                        By: _____
                        Christina C. Rachal, Deputy Clerk
                        504-310-7651

cc:
    Ms. Suzanne Rene' Bradley
    Mr. Frank A. Doyle
    Ms. Rachel Susan Fraser
    Mr. Seth Barrett Hopkins
    Mr. Alexander Charles Johnson
    Mr. Andrew L. Johnson
    Mr. Randall Lee Kallinen
    Mr. U.A. A. Lewis
    Mr. Joseph Carter Melugin
    Mr. Stewart G. Milch
    Mr. Cory S. Reed
    Ms. Michelle Elaine Robberson